UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  No. 23-CR-52 (RA)

YAHTEK JOHNSON,  ORDER

      Defendant.

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Defendant Yahtek Johnson dated August 13, 2024. The Government is hereby ordered to speak with the Bureau of Prisons regarding Mr. Johnson's medical concerns and file a status later no later than August 28, 2024.

    With respect to Mr. Johnson's question regarding his designation, he is advised that although the Court recommended that he be designated to a facility in or near New York City, the Bureau of Prisons has the ultimate authority to decide where he will be designated. As to his question regarding his criminal monetary penalties, the Court imposed both an assessment of $100.00 and a restitution obligation of $9,810.

    The Clerk of Court is respectfully directed to mail to Mr. Johnson a copy of this order, the judgment in his case, Dkt. 139, as well as the consent order of restitution, Dkt. 103.

SO ORDERED.

Dated:    August 21, 2024
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge

Hey your doing Ms. RONNIE ABRAMS this is YAHTEK JOHNSON #59336510 I was Sentence on January, 19, 2024 In your Court room and I was told I will stay in the trystate for my mom and my kids now they saying Im getting on a plane I was also told Im not getting my Leg Fixed and Im still having problems walking. Im also having problems In the Jail and when I ask for help they not doing so these people keep putting me harms way I was already cut on my Faces two time in the Federal Correctional Institution now they sending me to a USP called Big Sandy. Im in here getting hurt and No one is helping the problem BROOKLYN is doing what they want they put my classification up for me getting hurt not doing they job then putting me in units Im telling them I Cant go to. Can you please help me people is trying to do things to me because my Brother was killed it's all over Google.com all you have to do is put my Name In on Google.com and you gone see Judge RONNIE ABRAMS I told them the Same thing and they did not do they Job got me fighting for my life with a broke Leg. An I got Mail from the Courts saying a Order of Restitution of $9,810 dollars that Restitution you had weaved and said the Restitution I did have to pay was $100 dollars please Let me know what's going this is who I got this mail from Natalya Yagudayeva Telephone # 1 212-637-1561.

8/13/24