UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

YAHTEK JOHNSON,

Defendant.

No. 23-cr-52 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Defendant Yahtek Johnson dated September 30, 2024. The letter (1) raises concerns that the Bureau of Prisons ("BOP") is miscalculating Mr. Johnson's good time credit, (2) asks for an update on whether he will be able to receive medical care for his ongoing knee issues, and (3) asks for copies of several documents from his case.

With respect to good time credit, the Court advises Mr. Johnson that he must first raise his concerns with the BOP. The BOP is responsible for calculating good time credit and inmates cannot seek relief in court unless they first bring their concerns to the BOP. *See Lopez v. Terrell*, 654 F.3d 176, 178 (2d Cir. 2011); *Woodford v. Ngo*, 548 U.S. 81, 88–89 (2006). Accordingly, Mr. Johnson should inquire about his good time credit with the proper officials at his facility. If he believes the BOP has made an error in calculating his credit, then Mr. Johnson must also file an administrative complaint with the BOP – and pursue all administrative appeals and other remedies available – before asking for judicial relief from this Court. *See Woodford*, 548 U.S. at 89.[1]

As for Mr. Johnson's medical issues, the Government explained in its latest status letter that, in his doctor's opinion, Mr. Johnson's knee did not require immediate surgery. *See* Dkt. 103 at 1. According to the Government, Mr. Johnson may nonetheless seek an orthopedic consult for his knee once his upcoming

---

[1] Mr. Johnson's letter also expresses concern that his "time computation" misstates that he was convicted for conspiracy to commit Hobbs Act robbery *and* racketeering. As his judgment states, Mr. Johnson was convicted of one count of conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951. *See* Doc. No. 139. Again, if Mr. Johnson believes the BOP is miscalculating his good time credits, he must first raise (and exhaust) those concerns with the BOP before seeking the Court's intervention.

transfer to a different BOP facility is complete. *See id.* If Mr. Johnson is unable to schedule that consult once he has been transferred, then he may re-raise this issue with the Court.

The Clerk of Court is respectfully directed to mail to Mr. Johnson a copy of this order, the docket sheet in his case (Case No. 20-cr-52-RA-5), the transcript of his plea hearing (Doc. No. 107), and the transcript of his sentencing (Doc. No. 141).

SO ORDERED.

Dated:   October 7, 2024
         New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge

Hey you doing Judge Ms. RONNIE ABRAMS this is MR. Yahtek Johnson #59336510 my Case # is S2 23CR 52-05 (RA) I was Sentence by you ~~~~ for One Count of Conspiracy to Commit Hobbs act Robbery that went nonViolence in November 2023 I got my time Computation it is saying I have a Racketeer Charge that I got Sentenced on with my Conspiracy to Commit Hobbs act Robbery I will Like to know why it's saying I have a Racketeering Charge and I do not that is stoping me from my F.S.A Eligibilty and I will Love to know how much Jail time do I have Credited because Somehow Im not giving 60 days. I got Seen by medical and they told me If I dont get the Surgery I will have to get my Knee removed the DR. Name is DR. Edinger they Said this is not my Institution So they Can not do anything to help me please get back to me and let me know what is going on if I was still in the State my Leg will not still be like this Im having back problems from me keep falling over. An Can I have a Copie of my Discovery pack from When the Start of my Case to when I was Sentence Can I get it all on paper my Docket Sheet my plea deal and my Sentence Minutes.